**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br>    vs.<br>**RIDELL LAMBERT,**<br>    Defendant. | CASE NO. 18-cr-00149-YGR-1<br><br>**ORDER DENYING MOTION FOR HEARING AND REDUCED SENTENCE UNDER THE FIRST STEP ACT**<br><br>Re: Dkt. No. 46 |

Before the Court is defendant Ridell Lambert's motion for a hearing and a reduction of sentence under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018). Section 404 of the First Step Act makes retroactive certain provisions of the Fair Sentencing Act of 2010 that raised the threshold quantities triggering different statutory penalties for offenses involving cocaine base. Relevant here, one such provision increased the cocaine base drug quantity triggering a 5-year minimum from 5 grams to 28 grams. 124 Stat. 2372; *see also* 21 U.S.C. § 841(b)(1)(B)(iii).

On January 31, 2019, defendant pled guilty to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii) (Distribution of 28 Grams or More of Cocaine Base) and 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm and Ammunition). Defendant's criminal conduct, indictment, guilty plea, and sentencing all occurred after the passage of the Fair Sentencing Act. Indeed, the parties addressed the Fair Sentencing Act in their respective sentencing memoranda. Dkt. Nos. 31, 38. Thus, the Court already incorporated the Fair Sentencing Act's reforms when sentencing defendant. Defendant's motion for a reduction of sentence is **DENIED**.

This Order terminates Docket Number 46.

**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**